**No. 56293.**—Star Importing Co. *v.* United States, protest 174625–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 56294.**—J. A. Marchant & Co., Inc. *v.* United States, protest 174473–K (Philadelphia).

Opinion by COLE, J.   It was stipulated that certain items of the merchandise consists of "antimony scrap of which metal is the component material of chief value and which is second hand and fit only to be remanufactured." Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

**No. 56295.**—Railway Express Agency, Inc., et al. *v.* United States, protests 152593–K, etc.   (Ogdensburg).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of turn or turned boots and shoes similar in all material respects to those the subject of *Railway Express Agency, Inc.* v. *United States* (27 Cust. Ct. 91, C. D. 1353), the claim of the plaintiffs was sustained.

**No. 56296.**—Swank, Inc. *v.* United States, protest 161061–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of leather belts the same in all material respects as those the subject of Abstract 55650, the claim of the plaintiff was sustained.